CATHERINE CARTER, as Administratrix, etc., of JAMES CARTER, Deceased, Respondent, v. RUBY TRUCKING COMPANY, Appellant.— Motion to resettle order granted and order resettled so as provide for reversal and disallowance of findings numbered fifth, sixth, seventh and fourteenth, and for allowance of defendant's proposed findings numbered seventh, ninth, tenth, eleventh, twelfth, thirteenth,

fourteenth, fifteenth and sixteenth. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.